IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERAMY HUFFMAN,

    Plaintiff,

vs.                                                  CASE NO. 5:08cv197/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judges Report and Recommendation (Doc. 17) and Plaintiff's Motion To Dismiss Complaint (Doc. 16). Plaintiff represents that Defendant does not object to Plaintiff's motion, and no objection has been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion To Dismiss (Doc. 16) is **granted**. This action is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on March 12, 2009.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**